IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LATISHA M. SMITH** | : | **CIVIL ACTION** |
| | : | |
| | : | **No. 13-1170** |
| **v.** | : | |
| | : | |
| **DRIVEHERE.COM, INC.;** | : | |
| **PEOPLE'S COMMERCE, INC.** | : | |

## ORDER

**AND NOW,** on this 7th day of October, 2014, upon consideration of Plaintiff's Petition to Vacate Arbitration Award and the Court's April 10, 2013 Order (Document No. 15), the defendants' response (Document No. 16), and the replies (Document Nos. 19-20), it is **ORDERED** that the motion is **DENIED**.

                                                                                         __/s/ Timoth J. Savage_____
                                                                                          TIMOTHY J. SAVAGE,  J.